IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTA HAYBURN,** : | |
| Plaintiff, : | |
| v. : | **CIVIL ACTION** |
| : | |
| **CITY OF PHILADELPHIA ET AL.,** : | **NO. 11-6673** |
| Defendants. : | |

## ORDER

**AND NOW**, this ____ day of August 2012, upon consideration of Defendants' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 11), **IT IS HEREBY ORDERED** and **DECREED** that Defendants' Motion to Dismiss is **GRANTED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies a Memorandum Opinion issued by the Court on August __. 2012. This case remains open, as it is undisputed that Plaintiff has exhausted administrative remedies for her first retaliation claim. In her remaining claim, Plaintiff alleges that Defendants petitioned to terminate Plaintiff's benefits in retaliation against Plaintiff for her February 2008 complaint of sexual harassment and sexual discrimination.

1